# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| ALEXANDRIA MILLER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:23-cv-06017-BP |
| RED RACKS THRIFT STORE, LLC, | ) |
| Defendant. | ) |

### CLERK'S ORDER OF DISMISSAL

On the 20th day of June 2023, the parties herein having filed a Stipulation of Dismissal With Prejudice,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Red Racks Thrift Stores, LLC. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: June 21, 2023